SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**E-FILING**

FILED

2007 OCT 16  A 11: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CR 07 00650**

UNITED STATES OF AMERICA,            )    No.
                                     )
        Plaintiff,                   )    VIOLATION:  Title 18, United States Code,
                                     )    Section 641- Theft of Government Property
    v.                               )    (Class A Misdemeanor)
                                     )
THERESA BACA,                        )
                                     )    SAN JOSE VENUE
        Defendant.                   )
_____)

I N F O R M A T I O N

The United States Attorney charges:

    On or about March 26, 1999, in the Northern District of California, the defendant,

THERESA BACA,

did knowingly steal property of value belonging to the United States with the intent to deprive

the owner of the use or benefit of the property, to wit: the defendant cashed and deposited

Internal Revenue Service tax refund check number 230167449421, addressed to another person,

into Bank of America account number 23556XXXX, in violation of Title 18, United States Code,

//

//

//

INFORMATION

1   Section 641, a Class A misdemeanor.

2

3   DATED: _10/5/07_                          SCOTT N. SCHOOLS
                                              United States Attorney
4

5
                                              DAVID R. CALLAWAY
6                                             Deputy Chief, San Jose Branch Office

7

8   (Approved as to form: _____ )
                              LINDSAY CRAWFORD
9                             Law Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

**E-FILING**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

~~FILED~~

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

Title 18, U.S.C. § 641 - Theft of
Government Property

2007 OCT 16 A 11:53

☐ Petty
☐ Minor
☑ Misde-
  meanor
☐ Felony

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. CA.

─── DEFENDANT - U.S. ───

THERESA BACA

DISTRICT COURT NUMBER

PENALTY:

1 year imprisonment
$100,000 fine
1 year supervised release

CR 07 00650 RS

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

TIGTA

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

07-70539 PVT

Name and Office of Person
Furnishing Information on
THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)

SUSAN KNIGHT

─── DEFENDANT ───

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No
} If "Yes"
give date
filed

DATE OF
ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: