NDC-PROB 49 02/01/05

# UNITED STATES DISTRICT COURT  **FILED**

for

## NORTHERN DISTRICT OF CALIFORNIA

JUN 0 2 2008

Defendant Name:  Theresa Baca

Docket No.:  CR 07-00650-1 PVT

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Jose.

Signed: _Theresa Baca_           Date: _5/12/08_
·Probationer or Supervised Releasee

Witness: _Esmerelda Gupton_           Date: _5/12/08_
Esmerelda Gupton
U.S. Probation Officer

Theresa Baca
CR 07-00650-01 PVT

## Cause

Charge Number          Violation

One                    There is probable cause to believe that the offender violated standard condition number seven, in part, that the offender shall not use a controlled substance.

> On May 10, 2008, the offender tested positive for methamphetamine during a residence visit by the underlying probation officer. The offender admitted that her last use of methamphetamine was on May 7, 2008. The offender also admitted to using methamphetamine for approximately three weeks.
>
> The specimen #A00197173 was collected and was sent to KROLL laboratories for confirmation.    On May 14, 2008, a positive confirmation was received for methamphetamine.
>
> Evidence of this violation may be obtained in the chronological notes of the probation officer dated May 10, 2008, through May 14, 2008, the positive specimen #A00197173, and the offender's own admission.

Theresa Baca has completed seven months of her one year probation sentence. She has maintained the same residence with her family since the start of her supervision. She has also managed to pay toward her restitution balance, with a current balance of $132.00. Ms. Baca suffers from bi-polar disorder which she takes numerous medications.    She has apologized to me for using methamphetamine and explains that she was feeling down and was not thinking clearly.    Overall, she has complied with all other conditions of probation without incident. Therefore, it is respectfully requested at this time, that the court modify her conditions of probation to include that she participate in drug/alcohol testing and treatment.

Theresa Baca
CR 07-00650-01 PVT                                                                           Page 3


The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:              3287 Merritt Lane
                                  San Jose, CA 95111

Respectfully submitted,

                                                      Reviewed by:


_Esmerelda Gupton_                                    _Susan Portillo_
Esmerelda Gupton                                      Susan Portillo
U.S. Probation Officer                                Supervisory U.S. Probation Officer

Date Signed:  May 27, 2008


THE COURT ORDERS:
☑ To modify the conditions of supervision as follows:
   The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as
   directed by the probation officer, until such time as the defendant is released from treatment by
   the probation officer.  The defendant is to pay part or all of the cost of this treatment, at an
   amount not to exceed the cost of treatment, as deemed appropriate by the probation officer.
   Payments shall never exceed the total cost of urinalysis and counseling.  The actual co-payment
   schedule shall be determined by the probation officer.
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


_5/30/08_                                             _Patricia V. Trumbull_
Date                                                 Patricia V. Trumbull
                                                     United States Magistrate Judge