# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue



## Request to Modify the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:           Theresa Baca                    Docket No.:   CR 07-00650-01 PVT

Name of Sentencing Judge:   Patricia V. Trumbull
                            United States Magistrate Judge

Date of Original Sentence:  October 18, 2007

Original Offense: Ct 1: Theft of Government Property, 18 U.S.C. § 641, a Class A misdemeanor
Original Sentence: One year Probation
Special Conditions: special assessment $25.00; restitution $2,557.00

Type of Supervision: Probation          Date Supervision Commenced: October 18, 2007
Assistant U.S. Attorney: Susan Knight              Defense Counsel: Jay Rorty (AFPD)

### Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

NDC-SUPV-FORM 12B(1) 03/23/05

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven, in part, that the offender shall not use a controlled substance. |

> On May 10, 2008, the offender tested positive for methamphetamine during a residence visit by the underlying probation officer. The offender admitted that her last use of methamphetamine was on May 7, 2008. The offender also admitted to using methamphetamine for approximately three weeks.
>
> The specimen #A00197173 was collected and was sent to KROLL laboratories for confirmation. On May 14, 2008, a positive confirmation was received for methamphetamine.
>
> Evidence of this violation may be obtained in the chronological notes of the probation officer dated May 10, 2008, through May 14, 2008, the positive specimen #A00197173, and the offender's own admission.

Theresa Baca has completed seven months of her one year probation sentence. She has maintained the same residence with her family since the start of her supervision. She has also managed to pay toward her restitution balance, with a current balance of $132.00. Ms. Baca suffers from bi-polar disorder which she takes numerous medications. She has apologized to me for using methamphetamine and explains that she was feeling down and was not thinking clearly. Overall, she has complied with all other conditions of probation without incident. Therefore, it is respectfully requested at this time, that the court modify her conditions of probation to include that she participate in drug/alcohol testing and treatment.

The Assistant U.S. Attorney and Defense Counsel have been notified and there are no objections.

Address of offender:      3287 Merritt Lane
                          San Jose, CA 95111

Respectfully submitted,                          Reviewed by:


*Esmerelda Gupton* (signature)                   *Susan Portillo* (signature)
Esmerelda Gupton                                 Susan Portillo
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed: May 27, 2008

---

THE COURT ORDERS:

☑ To modify the conditions of supervision as follows:
   The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


5/30/08                                          *Patricia V. Trumbull* (signature)
Date                                             Patricia V. Trumbull
                                                 United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA



Defendant Name: Theresa Baca
Docket No.: CR 07-00650-1 PVT

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Jose.

Signed: *Theresa Baca*
Probationer or Supervised Releasee    Date: 5/12/08

Witness: *Romulda Gupton*
Esmerelda Gupton    Date: 5/12/08
U.S. Probation Officer