

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

## Petition for Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Theresa Baca | Docket No.: | CR 07-00650-01 PVT |
| Name of Sentencing Judge: | Patricia V. Trumbull<br>United States Magistrate Judge | | |
| Date of Original Sentence: | October 18, 2007 | | |

**FILED**
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Original Offense:
Count One: Theft of Government Property, 18 U.S.C. § 641, a Class A misdemeanor

Original Sentence: One year probation
Special Conditions: Special assessment $25.00; restitution $2,557.00; drug/alcohol treatment

Prior Form(s) 12: On May 30, 2008, a modification order was filed to include special condition for drug/alcohol treatment and testing after the offender tested positive to methamphetamine.

Type of Supervision: Probation
Assistant U.S. Attorney: Susan Knight

Date Supervision Commenced: October 18, 2007
Defense Counsel: Jay Rorty (AFPD)

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on August 28, 2008, at 9:30 a.m.

I, Esmerelda Gupton, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 06/23/08

Theresa Baca  
CR 07-00650-01 PVT

Page 2

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven, in part, that the offender shall not use a controlled substance. |

On June 30, 2008, the offender tested positive for methamphetamine at Pathway Society, Inc. testing facility in San Jose, CA. On July 8, 2008, while at the probation office, the offender admitted to using methamphetamine with an ex-boyfriend.

The specimen #C00988573 was collected and was sent to KROLL laboratories. On July 7, 2008, a positive confirmation was received for methamphetamine.

Evidence of this violation may be obtained in the chronological notes of the probation officer dated July 7, 2008, through August 6, 2008, specimen report #C00988573, and the offender's own admission.

Based on the foregoing, there is probable cause to believe that Theresa Baca violated the conditions of her supervision.

Respectfully submitted,

*[signature]*  
Esmerelda Gupton  
U.S. Probation Officer  
Date Signed: July 11, 2008

Approved as to form:

*[signature]*  
Susan Portillo  
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of revocation proceedings on August 28, 2008, at 9:30 a.m.  
☐ Other:

Date 8/12/08

*[signature]*  
Patricia V. Trumbull  
United States Magistrate Judge

NDC-SUPV-FORM 12C(1) 06/23/08